IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VERNON K. CAPSHAW, ADC # 144481                                PLAINTIFF

v.                         5:16CV00121-DPM-JJV

J. STIEVE, Doctor; *et al.*                                            DEFENDANTS

## **ORDER**

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service is appropriate for Defendant J. Stieve. The Clerk of Court shall prepare Summons for Defendant Stieve and the United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on him without prepayment fees or costs or security therefore. Service for this Defendant should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 21st day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).