IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VERNON K. CAPSHAW
ADC #144481                                                               PLAINTIFF

v.                          No. 5:16-cv-121-DPM-JJV

J. STIEVE, Doctor; L. GRISWOLD, APN;
E. BLAND, APN; and C. CAPPS, APN                          DEFENDANTS

## ORDER

Unopposed recommendation, № 41, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes).   Motion for temporary restraining

order, № 33, denied.  An *in forma pauperis* appeal from this Order would not

be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2016