IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VERNON K. CAPSHAW
ADC #144481                                                                PLAINTIFF

v.                             No. 5:16-cv-121-DPM

J. STIEVE, Doctor;  L. GRISWOLD,
APN;  E. BLAND, APN;
and C. CAPPS, APN                                                         DEFENDANTS

ORDER

Opposed recommendation, № 69, adopted as modified. FED. R. CIV. P. 72(b)(3). The modification: The day after Magistrate Judge Volpe entered his recommendation, the Court received Capshaw's response to the motion for summary judgment. № 70. The Court has therefore considered that paper, taken it as an objection too, and reviewed the recommendation *de novo*. What pain medicine Capshaw needs for his foot is a medical judgment. Taking the record in the light most favorable to him, the doctor and nurse practitioners thought non-opiods would work; they didn't; and the opiod was restored after suit was filed. This was, at most, negligence, not deliberate indifference. The motion for summary judgment, № 62, is granted. Capshaw's complaint will be dismissed with prejudice. Capshaw's motions for appointed counsel

and a status update, № 71 & 72, are denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2017