IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VERNON K. CAPSHAW
ADC #144481                                                                PLAINTIFF

v.                          No. 5:16-cv-121-DPM

J. STIEVE, Doctor; L. GRISWOLD,
APN; E. BLAND, APN; C. CAPPS,
APN; WENDY KELLEY, Director,
Akransas Department of Correction;
MARSHALL DALE REED, Deputy
Assistant Director, Arkansas Department
of Correction; RORY L. GRIFFIN, Arkansas
Department of Correction; SHELLY BYERS,
Grievance Supervisor/Medical, ADC;
RANDY WATSON, Senior Warden, Varner
Unit; VERA SCROGGINS, Health Service
Administrator, ADC; GEORGE WILSON,
Health Service Administrator, ADC; and
CHARLOTTE GARDNER, Regional
Ombudsman, Correct Care Solutions                      DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2017